# UNITED STATES DISTRICT COURT
for the
District of Utah

IN THE MATTER OF THE SEARCH OF  )
INFORMATION ASSOCIATED WITH THE )
SNAPCHAT ACCOUNT ASSOCIATED WITH THE )
FOLLOWING USERNAME: MARCELMALANGA )   Case No. 2:25-mj-00891 DBP
THAT IS STORED AT PREMISES CONTROLLED BY )
SNAP INC. )
    )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See "ATTACHMENT A" incorporated herein by reference.

located in the _____ District of _____Utah_____, there is now concealed *(identify the person or describe the property to be seized):*

See "ATTACHMENT B" incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2339A | -Providing, attempting to provide, or conspiring to provide, material support to terrorists |
| 18 U.S.C. Section 2332a | -Using, attempting to use, or conspiring to use weapons of mass destruction |
| 18 U.S.C. Section 2332f | -Bombing, attempting to bomb, or conspiring to bomb places of public use, government facilities |
| 18 U.S.C. Section 956 | -Conspiracy to kill or kidnap persons in a foreign country |
| 18 U.S.C. Section 924(k)(2) | -Smuggling or knowingly taking, attempting to smuggle or knowingly take, or conspiring to smuggle or knowingly take, a firearm out of the United States to engage in a felony or a Federal crime of terrorism |

The application is based on these facts:

See "AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE" incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Chad Simkins, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Video Teleconference    *(specify reliable electronic means)*.

Date: 09/24/2025

*Judge's signature*

City and state: Salt Lake City, Utah    Honorable Dustin Pead, United States Magistrate Judge
*Printed name and title*