## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE SNAPCHAT ACCOUNT ASSOCIATED WITH THE FOLLOWING USERNAME: **MARCELMALANGA** THAT IS STORED AT PREMISES CONTROLLED BY SNAP INC. | Case No.  2:25-mj-00891 DBP |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Chad Simkins, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search for information associated with a Snapchat account ("the Target Account") that is stored at premises owned, maintained, controlled, or operated by Snap Inc., located at 2772 Donald Douglas Loop North, Santa Monica, California 90405, further described in Attachment A, for the things described in Attachment B.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been in this position since September 2006. In my duties as a Special Agent, I investigate among other things, national security cases relating to international terrorism. Currently, I am assigned to the Salt Lake City Division. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3.      The facts in this affidavit come from my personal observations, my training and

1

experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge, or the knowledge of others, about this matter.

## TARGET OFFENSES AND SUBJECTS

4.      Based on facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 2339A (providing, attempting to provide, or conspiring to provide, material support to terrorists), 2332a (using, attempting to use, or conspiring to use weapons of mass destruction), 2332f (bombing, attempting to bomb, or conspiring to bomb places of public use, government facilities, public transportation systems, and infrastructure facilities), 956 (conspiring to kill, kidnap, or maim, or injure persons or damage property in a foreign country), and 924(k)(2) (smuggling or knowingly taking, attempting to smuggle or knowingly take, or conspiring to smuggle or knowingly take, a firearm out of the United States to engage in a felony or a Federal crime of terrorism) (collectively the "Target Offenses"), have been committed by Christian Malanga ("Christian"), who is believed deceased, and four U.S. citizen subjects, Marcel Malanga ("MALANGA"), Tyler Thompson ("THOMPSON"), Benjamin Zalman-Polun ("POLUN"), and Joseph Peter Moesser ("MOESSER") (collectively the "Target Subjects"), and other identified and unidentified persons. There is also probable cause to search the information described in Attachment A for evidence, fruits or instrumentalities, or contraband related to the Target Offense as further described in Attachment B.

## FACTS IN SUPPORT OF PROBABLE CAUSE

5.      The FBI is investigating violations of the Target Offenses involving MALANGA, THOMPSON, POLUN, MOESSER, and others known and unknown.

6.      On April 16, 2025, MALANGA, THOMPSON, POLUN, and MOESSER were

2

indicted before a grand jury and charged in U.S. District Court for the District of Utah with violations of 18 U.S.C. §§ 2339A, 2332, 2332a, 2332f, and § 924(k)(2) (MALANGA and THOMPSON).

7.     On or about May 19, 2024, a coup d'état took place in the Democratic Republic of the Congo ("DRC"). The rebel forces targeted Congolese President Félix Tshisekedi and the Deputy Prime Minister for the Economy Vital Kamerhe ("Kamerhe"), attacking both the Palais de la Nation (the official residence and principal workplace of the president) and Kamerhe's private residence in Kinshasa, DRC. Men wearing camouflage fatigues and armed with assault rifles attacked and entered the Palais de la Nation. Armed men also attacked Kamerhe's residence, which was riddled with bullet holes after the attack. At least six people died during the attack, including two police officers protecting Kamerhe's residence, and at least one innocent civilian. The goal of these rebel forces was to overthrow the DRC government, establish a new government known as the New Zaire, and install Christian Malanga as the President of the New Zaire.

8.     The rebel forces video recorded and livestreamed the attack on social media. During two of those video recordings, Christian, surrounded with his rebel army, was speaking and yelled, "I know one thing, Felix you're out…we're coming for you," and in the other video, he states, "Felix, we're coming for you."

9.     The Target Subjects and members of the conspiracy took extensive steps to plan, organize, prepare, recruit, provide material support, and lead the rebel forces in carrying out the attacks. This included obtaining equipment, such as drones, drone attachments, destructive devices, firearms and firearms training, and military patches.

10.     The DRC is a country with which the United States was at peace on May 19,

3

2024.

### *Christian Malanga*

11.    Christian was a 41-year-old native and citizen of the DRC. He moved to the United States in or about 1998, established a residence in Salt Lake City, Utah, and obtained U.S. lawful permanent resident status. He had at least one son, MALANGA, while living in Utah. He returned to the DRC in or about 2006. He became the leader of the United Congolese Party, and in or about 2017, established the "New Zaire Government in Exile" and proclaimed himself its president. He is believed to be a leader of the coup on or about May 19, 2024, in Kinshasa, DRC, where he was shot and killed by DRC security forces.

### *Marcel Malanga*

12.    MALANGA is a 22-year-old native and citizen of the United States. He resided in West Jordan, Utah, prior to traveling to Africa in or about April 2024. According to Person #5,[1] MALANGA resided with THOMPSON at THOMPSON's parents' residence from in or about January - April 2024. According to Person #7, MALANGA grew closer to Christian when he took a trip with MALANGA and Person #7's father to visit Christian in Africa in or about November 2022. MALANGA can be seen wearing a military-style uniform like his father's uniform in the undated picture below, which was posted to Christian's Social Media Platform #2 on January 6, 2024, with the hashtag #newzaire.

---

[1] Though the numbering of Persons in this Affidavit does not appear in a sequential order, the numbering does correspond to the same numbering as used in the Criminal Complaint Affidavit and the Indictment. Thus, the same numbering is used here for consistency.



13.    On MALANGA's Instagram account he posted many pictures of firearms, including assault rifles, where he indicated he may be preparing for a war. In the posts he labeled the photos, "war," "more war," "some more war," and "war ready."






14.     MALANGA joined the conspiracy to overthrow the DRC government and to provide material support and resources to the rebel army by contributing personnel (himself), services, recruiting of others, equipment, weapons, as well as explosives and incendiary devices (collectively "destructive devices").

### *Tyler Thompson*

15.     THOMPSON is a 22-year-old native and citizen of the United States. He resided in West Jordan, Utah, prior to traveling to Africa in or about April 2024. THOMPSON and MALANGA were friends, high school classmates, football teammates, and they worked together.

16.     THOMPSON's role, among other things, was to fight with the rebel forces and to operate and facilitate drone support during the coup.

17.     THOMPSON joined the conspiracy to overthrow the DRC government and provided material support and resources to the rebel army by contributing personnel (himself), property, expert advice related to drones, weapons, and destructive devices.

*Benjamin Zalman-Polun*

18.    POLUN is a 37-year-old native and citizen of the United States. Over the past 11 years, POLUN has resided in Virginia, Nicaragua, England, Belgium, the Republic of Georgia, Senegal, and Eswatini. While POLUN's family resided in Eswatini, POLUN took multiple trips to Utah between 2023 and 2024.

19.    Person #8 stated that everything Christian and POLUN did was "a means to an end to make Christian the president of the DRC." Person #8 told investigators that, according to POLUN, if Christian was successful in becoming the president of the DRC, POLUN would remain his "chief of staff," or he would "work in finance" in Christian's new administration.

20.    Person #8 further told investigators that POLUN left Eswatini in approximately January 2024, and that he was in Utah from approximately February 2024 to March 2024 working a construction job building houses with MALANGA.

21.    POLUN joined the conspiracy to overthrow the DRC government and provided material support and resources to the rebel army by contributing personnel (himself), services, recruiting of others, and destructive devices.

*Joseph Peter Moesser*

22.    MOESSER is a 67-year-old native and citizen of the United States. He resides in West Valley City, Utah. He had a long-standing relationship with Christian.

23.    MOESSER's role, among other things, was to design, manufacture, and provide assembly instructions for destructive devices. He also intended to provide sniper support during the attack.

24.    MOESSER joined the conspiracy to overthrow the DRC government and provided material support and resources to the rebel army by contributing services, equipment,

firearms, expert advice and training related to destructive devices, and personnel (himself).

*Timeline Overview of Preparations*

25.    During the investigation, FBI has obtained statements from various witnesses, including some coconspirators with knowledge of the Target Subjects' actions, as well as gaining additional information through legal process. As a result of the investigative efforts, the FBI has reviewed data storage accounts, social media profiles, email accounts, text messages, other messaging applications, videos, images, and surveillance footage, to name a few. The FBI has information to support the following occurred:

a.    MALANGA, THOMPSON, POLUN, MOESSER, and others made operational and logistical plans to overthrow the DRC government. As described in greater detail below, these plans included the acquisition of drones, a drone flamethrower attachment, firearms and drone training, travel to the DRC to engage in their violent coup, and efforts to manufacture, acquire, and use destructive devices.

b.    Person #1 reported to the FBI in an interview on March 19, 2025, that, in or about the summer of 2023, MALANGA, while in Utah, attempted to recruit Person #1, who was in Utah, to travel to Africa to perform security work, "like Secret Service" work for Christian.

c.    In or about early 2024, MALANGA and THOMPSON engaged in firearms training with handguns and rifles at a shooting range in the Salt Lake City, Utah, area. The FBI confirmed that MALANGA and THOMPSON trained together at the Legacy Shooting Center in West Jordan, Utah, on or about March 9, 2024. Surveillance footage from the range shows them training with handguns and rifles.

8

d.     Travel records obtained by the FBI show that, on or about February 4, 2024, POLUN flew to Salt Lake City, Utah, to assist MALANGA with recruiting others to join the military expedition and enterprise.

e.     In an interview with the FBI, Person #2[2] reported that, in or about February 2024, MALANGA and POLUN, while in Utah, attempted to recruit Person #2, who was also in Utah. MALANGA and POLUN offered Person #2 $50,000 to go to Africa to "invade" someone's home, to join their military expedition and enterprise to "get everyone ready for arresting the Secretary of Defense," and to "raid the premises."

f.     Messages obtained by the FBI through a lawful search of Christian's Social Media Platform #2 show that on March 1, 2024, MOESSER messaged Christian and confirmed a meeting he had with both MALANGA and POLUN several days prior relating to, among other things, offering to sell Christian his "machine to finish some parts that you want" and his work on "a proto-type of the other two units that you need." MOESSER also inquired about a shipping company that delivers to "the Congo." On March 4, 2024, MOESSER messaged Christian "if you want some congo specials todat [sic] they are 15% off for the lower receiver .That is the part that needs to be finished. there I think . there are about 135.00." Christian responded the same day and messaged MOESSER, "Fantastic, that looks great. I will have my chief of staff Ben contact you so we can move forward and get it done. Thank you for your assistance. Talk soon."

g.     On or about February 29, 2024, MALANGA attempted to recruit potential soldiers by posting a social media story message which read, "If you want to make $50-100k

---

[2] The individual identified as Person #2 is an uncharged coconspirator and a cooperating witness for the FBI. When Person #2 was initially interviewed by the FBI, he provided incomplete and misleading information. However, in subsequent interviews, Person #2 provided additional information, some of which has been independently corroborated through other means.

message me (warriors only)." Person #1 provided a copy of this image to the FBI. Person #4 stated that he, too, had seen MALANGA's post on Social Media Platform #1, where MALANGA was soliciting others to join him in Africa stating, "If you want to make $50-100k message me (warriors only)."

       h.      Messages obtained by the FBI through a lawful search of Christian's Social Media Platform #2 show that on March 3, 2024, Christian responded to MOESSER's February 25, 2024, message where he re-confirmed their agreement, stating, "I look forward to following out our plan together we discussed many times. Now is the time for change."

       i.      Search histories obtained by the FBI through lawful searches of MALANGA's data storage account and THOMPSON's data storage account show that MALANGA and THOMPSON researched and shopped for drones and/or drone attachments, including a TF-19 Wasp Flamethrower.

       j.      Person #3 provided the FBI with records showing that, between approximately March 8 and March 12, 2024, MALANGA messaged with Person #3 to discuss the capabilities of a DJI S1000 drone being sold by this person and to negotiate the purchase of that drone.

       k.      Travel records obtained by the FBI show that, on or about March 12, 2024, MALANGA traveled from Utah to California to purchase a DJI S1000 drone that was to be used in the coup.

       l.      The FBI learned through its interview of Person #3 that, on or about March 12, 2024, MALANGA met in person with Person #3 in Los Angeles, California, and used cash to purchase a DJI S1000 drone from this individual.

m.       The FBI learned through its interview of Person #4 that, on or about March 12, 2024, THOMPSON and Person #4 drove to the Salt Lake City International Airport and picked up the DJI S1000 drone purchased by MALANGA in Los Angeles.

n.       On an unknown date, MALANGA and THOMPSON acquired a second drone, a DJI Mavic 2, that was to be used in the coup. Person #12 showed agents a video on his/her laptop of this second drone that was taken by THOMPSON. THOMPSON indicated the date was March 2, 2024, and he stated, "Behind me is something that I have been manifesting for an extremely long time, but I haven't been able to afford it, but an opportunity to get access to one happened to fall into my lap."

o.       The FBI learned through its interview of Person #5 that, in or about March 2024, Person #5 observed THOMPSON conducting test flights with the DJI Mavic 2. Person #5 viewed a public social media image showing a Mavic 2 drone captured by DRC security forces after the coup and confirmed to the FBI that THOMPSON and MALANGA were in possession of this same drone in Utah before they left the United States for Africa. Person #5 also stated that THOMPSON practiced flying the drone while in Utah.

p.       The FBI also learned through its interview of Person #5 that, in or about March 2024, Person #5 observed THOMPSON and MALANGA attempting to conduct test flights with the DJI S1000 drone.

q.       Messages obtained by the FBI through a lawful search of THOMPSON's data storage account show that, on or about March 13, 2024, THOMPSON contacted the seller of a TF-19 Wasp Flamethrower attachment "on behalf of Christian Malanga" to inquire about methods of acceptable payment.

r.      In response to legal process served on Person #13, the seller's business records show that MALANGA purchased a TF-19 Wasp Flamethrower drone attachment on March 22, 2024, for $1,499.00.

s.      Through a lawful search of MALANGA's email account, the FBI learned that, on or about March 26, 2024, MALANGA emailed the seller of the TF-19 Wasp Flamethrower to request a tutorial explaining how to attach it to a DJI S1000 drone. On March 27, 2024, the seller responded to MALANGA and included a diagram and specification sheet.

t.      Person #14, who associated with a Utah-based company that manufactures custom patches, provided the FBI with an email message received from MALANGA on or about March 29, 2024. In the message, MALANGA requested "25 custom military patches done by you guys, I am also located in Utah." The message also included a digital picture of the desired custom patch, which appears to depict the flag of the former Republic of Zaire.

u.      The FBI learned through its interview of Person #5 that, on or about March 29, 2024, MALANGA instructed Person #5 to purchase a drone payload airdrop system from an online vender for MALANGA. The FBI also learned through legal process on MALANGA's account, that MALANGA reimbursed Person #5 for this purchase using an online mobile payment service.

v.      On or about March 30, 2024, in preparation for the trip to Africa, MOESSER used his cell phone to text a photo of his [MOESSER's] United States Passport that was recovered from MALANGA's data storage account pursuant to a lawful search.

w.      The FBI learned through its interview of Person #6, that in or about April 2024, MALANGA attempted to recruit Person #6, who was in Utah, to travel to Africa to "help provide security." MALANGA informed him/her that a passport application could be expedited.

x. Videos obtained by the FBI through a lawful search of MALANGA's data storage account show that, in or about April 2024, MALANGA, THOMPSON, and MOESSER practiced installing the TF-19 Wasp Flamethrower attachment to the DJI S1000 drone at MOESSER's residence in West Valley City, Utah. The FBI's interview of Person #2 corroborated this information and the events in the video recordings.

y. Through lawful searches of MALANGA's and THOMPSON's data storage accounts, the FBI learned that between, in, or about March and April 2024, both MALANGA and THOMPSON corresponded via email with the seller of the flamethrower attachment.

z. Videos obtained by the FBI through a lawful search of MALANGA's data storage account show that, on or about April 8, 2024, MALANGA, THOMPSON, and MOESSER met together at MOESSER's residence in West Valley City, Utah where MOESSER demonstrated and taught the other members of the conspiracy how the bombs/destructive devices worked. The FBI's interview of Person #2 corroborated this information and the events in the video recordings.

aa. The FBI learned through its interview of Person #5 that, on or about April 8, 2024, MALANGA instructed Person #5 to purchase a 500-lumen tactical weapon flashlight laser sight from an online vender for him. The FBI also learned through lawful legal process on MALANGA's account that MALANGA reimbursed Person #5 for this purchase using an online mobile payment service.

bb. An image obtained by the FBI through a lawful search of MALANGA's data storage account shows that, on or about April 10, 2024, MALANGA possessed and carried an XDE .45 caliber firearm from the United States to Africa.

13

cc.    An image obtained by the FBI through a lawful search of MALANGA's data storage account shows that, on or about April 10, 2024, THOMPSON possessed and carried a Firestorm 1911 .45 caliber firearm from the United States to Africa. The Bureau of Alcohol, Tobacco, Firearms, and Explosives conducted a trace of the Firestorm 1911 .45 and determined that MOESSER was the original purchaser of this firearm.

dd.    Videos and images obtained by the FBI through a lawful search of MALANGA's data storage account show that, on or about April 10, 2024, MALANGA and THOMPSON traveled from Utah to Africa with the DJI S1000 drone, the TF-19 Wasp Flamethrower attachment, and the DJI Mavic 2 drone.

ee.    Videos and images obtained by the FBI through a lawful search of MALANGA's data storage account show that, on or about April 13, 2024, MALANGA and THOMPSON engaged in firearms training in Africa with an AR-15 rifle and a Glock 17 9mm handgun.

ff.    A lawful search of THOMPSON's data storage account showed that, on or about April 23, 2024, THOMPSON conducted an internet search for "blunderbuss gun powder nearby."

gg.    The FBI learned through lawful legal process on MALANGA's account with an online vendor that, on or about May 1, 2024, while in Africa, MALANGA purchased four items from this online vender, including a battery charger, an adapter plug for a battery charger, a drone speaker/microphone, and a GoPro camera and had them shipped on the next day to an address in Draper, Utah.[3]

---

[3] It is believed that a family member later sent these items from Utah to MALANGA in Africa.

### *Summary of the Coup Attack*

26.     As reported by public news sources,[4] on May 18, 2024, at approximately 9:00 p.m. Mountain Standard Time, Christian began livestreaming on his social media platforms from inside the Palais de la Nation in Kinshasa, DRC. In a video posted by a public news source, throughout the recorded livestream, MALANGA, THOMPSON, and POLUN were also seen in the Palais de la Nation.[5] The following are video screenshots of these three individuals depicting them inside the Palais de la Nation:







Marcel Malanga

Unknown person (left);
Benjamin Zalman-Polun (middle);
Tyler Thompson (right)

Benjamin Zalman-Polun

27.     Videos obtained from Christian's Social Media Platform #2, pursuant to a lawful search, depict Christian, MALANGA, THOMPSON, and POLUN along with the rest of

---

[4] *See* Al-Jazeera, *Who was behind the DRC's attempted coup and were Americans involved*, May 20, 2024, *available at:* https://www.aljazeera.com/news/2024/5/20/who-was-behind-the-drcs-attempted-coup-and-were-americans-involved.

[5] YouTube video originally posted by BLESSLINK ENTERTAINMENT, downloaded and captured by the FBI on June 17, 2024, from https://www.youtube.com/watch?v=IRy8gzMFQdE.

Christian's rebel forces at the Palais de la Nation during the coup on May 19, 2024. The left screenshot below depicts MALANGA with his father, Christian, standing inside the Palais de la Nation. The right screenshot below shows Christian standing in front of a body lying on the floor inside the same location.

 

28.    MALANGA, THOMPSON, and POLUN each took substantial steps to further the goals of the conspiracy by acquiring or attempting to acquire destructive devices from MOESSER to be used during the attack.  The coconspirators utilized MOESSER's expertise to design and manufacture destructive devices intended for drone delivery.

29.    MOESSER served as a manufacturer, distributor, and instructor for destructive devices. He provided material support to the conspiracy and the rebel army including providing weapons of mass destruction and expertise about how to construct and use these explosive and incendiary devices. These devices were intended for use during the planned attack against DRC

government officials, DRC military, and DRC government buildings, including the Palais de la Nation (which would be similar to the White House in the United States). These devices were intended to be used by the rebel army to cause serious bodily injury and death.

30.    On or about October 15, 2023, Christian messaged MOESSER about shipping things to the Congo because his team and he would "be ready for change in DRC." MOESSER asked if Christian was talking about the "CONGO SPECIAL," and how many of them Christian needed. Christian replied, "Yes Pete the Congo special." MOESSER responded to Christian asking how he could get them in his hands. Included below is an image of the exchange between Christian and MOESSER that was obtained through a lawful search of MALANGA's data storage account.



31.     On February 25, 2024, Christian sent MOESSER a message stating "Hi Pete. Hope all is well with you and your family. I am writing because I need assistance from my most trusted advisor. I was hoping to have my chief of staff and my son meet you to discuss everything in person at your earliest convenience. Thank you for supporting the liberation of my people. See you soon!" On February 25, 2024, MOESSER responded, "okay I can do that. just let me know when." The following Friday, March 1, 2024, MOESSER sent a message to Christian, indicating that he had met with POLUN and MALANGA several days earlier. MOESSER offered to sell Christian some of his machines and to ship the items to "The Congo." He also said he was working on the prototype of two units for Christian. On or about March 3, 2024, Christian told MOESSER, "I look forward to following out our plan together we discussed many times. Now is the time for change. Please do not hesitate to ask me any questions. I look forward to seeing you." Included below are images of the last few exchanges between Christian and MOESSER mentioned above that were obtained through a lawful search of MALANGA's data storage account.



32.     On or about February 29, 2024, MALANGA added a ".txt" text file note to his mobile phone's data storage account which said:

> Amoniam [sic] nitrate ifa
> 50/20 aluminum

33.     On March 25, 2025, an FBI chemist who completed a preliminary review of the evidence opined that, when mixed appropriately, ammonium nitrate and aluminum powder can form an explosive mixture.

34.     A review of MALANGA's data storage account shows an invoice that appears to

19

have been sent to POLUN for payment. It is an invoice for, among other things, explosive

devices. As discussed more below, MALANGA and THOMPSON appear to have acquired the

gun powder upon reaching Africa. The invoice reads as follows:

> Bill to: Ben
> Ship: 3/6/2024
>
> - 7.62 barrels/quantity 10/price each 150.00/amount 1,500.00
> - Lower receivers for AR-15/quantity 10/price each 250.00/amount 2500.00
> - Collapsible stock/quantity 10/price each 85.00/amount 850.00
> - Forearm with pickany mounts/quantity 10/price each 60.00/amount 600.00
> - LOUD ITEM DOES NOT INCLUDE GUN POWDER/quantity 25/price each 36.00/amount 900.00
> - EXPLOSIVE DEVICE DOES NOT INCLUDE GUN POWDER/quantity 25/price each 40.00/amount 1,000.00
> - NOTICE: THIS DOES NOT INCLUDE SHIPPING, HOPEFULLY YOU CAN TAKE CARE OF THAT
>
> Total: $7,350.00

A photo from MALANGA's data storage account shows that the image of the invoice was taken

on or about March 7, 2024. A screen shot of the invoice is below.



35.    On or about April 8, 2024, MALANGA recorded a video of a discussion between himself and MOESSER about destructive devices. MOESSER and MALANGA are discussing the triggering mechanism that would be activated when the destructive device hits the ground. MOESSER told MALANGA that he had tested one of the devices by hitting it with a hammer and it "blew up." MALANGA explained to MOESSER that the bomb would be dropped from around 50 to 100 feet in the air and would reach maximum velocity.

36.    Moreover, when discussing the below pictured destructive device, MOESSER tells MALANGA that the plastic ones are "still going to blow up." MALANGA says, "just without shrapnel though."  MOESSER says, "Yeah, there will be shrapnel in there." MALANGA responds, "Perfect. That's amazing." Several screenshots of the video recording are

included below. Person #2, who has been in, and is familiar with, MOESSER's residence, reviewed the below images at a later date, and identified it as MOESSER's residence. MOESSER is the individual holding what is believed to be part of a destructive device depicted in the images below.

 



22

37.    I know from my training and experience that people who manufacture explosive and/or incendiary devices often refer to manuals, books, or other documents, to assist them in manufacturing their devices. I also know from my training and experience that people who manufacture explosive and/or incendiary devices often use fuzing system components, blasting agents, chemical compounds or mixtures, detonators, primers, blasting caps, propellants, powders, fuse(s), igniters, detonating cord, pipes, explosive or incendiary material(s), and fragmentation materials.

38.    In another video recording on the same day, MALANGA and MOESSER are sitting around a table with the flamethrower and DJI S1000 drone discussing how they are going to ship the explosives, part by part via DHL. MOESSER states he needs 209 primers. MALANGA says he will source that in "Joburg." [Johannesburg, South Africa] MOESSER says he doesn't want to ship it with the primers in it. MOESSER says he plans on putting it all together there.

39.    On or about March 24, 2025, an FBI explosives expert who completed a preliminary review of the evidence opined that if the IED components shown in this digital evidence were completed and fully assembled, they would result in multiple destructive devices. Specifically, the adaptation of a drone to act as a delivery mechanism to drop pipe bombs designed with improvised impact fuses demonstrates weaponization characteristics. Additionally, the use of hardened containers such as steel and PVC pipe for the construction of IEDs demonstrates weaponization characteristics due to the enhanced fragmentation effect that those materials would create. When properly assembled and initiated, destructive devices are capable of causing property damage, personal injury, and/or death.

40.    Person #2 told the FBI that several days before MALANGA and THOMPSON

flew out for Africa, MALANGA took Person #2 to MOESSER's home. Person #2 stated that THOMPSON arrived a little later at the house around 4:00PM or 5:00PM. Person #2 heard THOMPSON talk about how he was supposed to pilot the drone. Additionally, while at MOESSER's residence, Person #2 observed MOESSER and MALANGA discussing the pipe bombs they would be dropping from the drone in the DRC. MALANGA asked Person #2 to ship him boxes of the bomb components once MALANGA got to Africa.

41.    After arriving in Africa, on or about April 23, 2024, MALANGA's data storage account shows that he was searching Bass Pro Shops for 209 primers, the identical kind of primers MOESSER previously instructed him to acquire for the destructive devices.



42.    On or about April 23, 2024, in South Africa, THOMPSON conducted an internet search for "blunderbuss gun powder nearby." I know from a review of photos backed up to MALANGA's data storage account that on the same day MALANGA also searched for the

location of Blunderbuss Gun & Sport located in Johannesburg, South Africa. A screenshot from

MALANGA's phone is below.



43.     Also dated that same day, in MALANGA's data storage account, the FBI located

a photo of an individual holding what appears to be Somchem S335, a medium-burning extruded

propellant. I know from my training and experience that this is manufactured in South Africa and

is a smokeless gunpowder. I also know from my training and experience that this gunpowder

could be put into the previously discussed destructive devices to cause them to explode when

detonated.



44.     The FBI located another video recording in MALANGA's data storage account,

dated on or about April 24,2024, showing plastic destructive devices that need to be filled with

gun powder and fully assembled. It shows an individual inspecting the bomb parts which include

a box of approximately 39 firing pins and a large box of PVC endcaps and pipes. Person #2

confirmed to FBI investigators that he obtained these destructive devices from MOESSER as

directed by MALANGA. MALANGA also directed Person #2 to ship the boxes to Africa.

45.     When Person #2 arrived at MOESSER's residence to pick up the bomb parts from

MOESSER, MOESSER took Person #2 to his machine shop and showed Person #2 where he

designed and manufactured the parts. On March 13, 2025, Person #2 was shown photos that were

taken previously at MOESSER's residence. Person #2 identified several pieces of metal

machining equipment in the photos as the same equipment MOESSER indicated he had used to

manufacture his destructive devices. Additionally, the FBI has, through lawful searches,

identified communications between MOESSER and Christian in which MOESSER offered to

sell his machining equipment to Christian. The below images show the boxes of components that

Person #2 picked up from MOESSER's residence.

 



46.     Based on documentation obtained from MALANGA's data storage account,

MALANGA, THOMPSON, and POLUN traveled on the afternoon of April 24, 2024, from
Johannesburg, South Africa, to Luanda, Angola, on Taag Angola Airlines Flight DT 578.

### *Probable Cause to Search Marcel's Snapchat Account*

### THE TARGET ACCOUNT

47.     The FBI interviewed Person #16 in June of 2024. Person #16 has known
MALANGA since middle school. Person #16 also played high school football with him, and
until MALANGA left for Africa, they would hang out socially every once and a while. Person #
16 told the FBI that the Snapchat account marcelmalanga—the TARGET ACCOUNT—belongs
to and was used by MALANGA.

48.     According to 2703(d) order returns provided by Snap, Inc. to the FBI on June 17,
2024, the TARGET ACCOUNT is registered to "Marcel Malanga." The TARGET ACCOUNT
was created on March 2017, using an IP address located in Utah. It was last active on May 19,
2024, the date of the armed coup attack, using an IP address in Kinshasa, DRC, the location of
the armed coup attack.

### CONTINUED USE OF SNAPCHAT AS GENERAL MEANS OF COMMUNICATION

49.     According to information provided by Snap Inc., MALANGA's account had
snapped (sent a photo) or chatted (sent or received a message) over 1,400 times from January
through May of 2024.

50.     The FBI interviewed Person #17 in May of 2024. Person #17 played high school
football with MALANGA. Person #17's last contact with MALANGA was a few months prior
to the interview via Snapchat messaging.

51.     The FBI interviewed Person #11 in June of 2024. Person #11 knew MALANGA
since they were six years old and played high school football with MALANGA. Person #11 got

off social media in 2022 but got back on in August of 2023. From that time on, he would see occasional posts on Snapchat from MALANGA using the TARGET ACCOUNT.

### MALANGA'S USE OF SNAPCHAT IN FURTHERANCE OF THE CONSPIRACY

52.     Person # 18 was interviewed by the FBI in June of 2024, and was an acquaintance of MALANGA. Person # 18 recalled seeing several Snapchat posts made by MALANGA that involved pictures and videos of firearms prior to MALANGA's travel to Africa.

53.     The FBI interviewed Person #19 in June of 2024 who was friends with MALANGA. Person #19 recalled MALANGA making a Snapchat post of himself holding a six-rotor drone while he was in California. Person #19 also saw a Snapchat post of MALANGA on his flight to Africa posted by MALANGA in April.

54.     Person # 9 was interviewed by the FBI in March of 2025. Person #9 has been friends with MALANGA since 2021. In early 2024 MALANGA told Person #9 that he was going to Africa to help his father with "some Call of Duty stuff" to "take the government back." MALANGA said that he was inviting his friends and invited Person #9 to come with him, but Person #9 declined due to other commitments as well as a desire to stay out of MALANGA's plans. Person #9 stated that MALANGA often used Snapchat to communicate with Person #9 and other members of their friend group.

55.     Person #1 was interviewed by the FBI multiple times from May of 2024 to the present. Person #1 has been friends with MALANGA since high school. Person #1 frequently communicated with MALANGA through Snapchat. In February of 2024, Person #1 received a Snapchat message from MALANGA with a picture of MALANGA and a caption that read "If you want to make $50-100k message me (warriors only)" (shown below).



56.    In 2024 and 2025 the FBI interviewed Person #2. Person #2 was made aware of the planned coup attempt by MALANGA while in Utah in early 2024, including many of the details of the plan, tactics, and identities of coconspirators. One part of the plan involved using a drone to drop homemade explosive devices during the coup. MALANGA traveled to California to purchase and pick up a drone for this purpose. On April 8, 2024, MALANGA sent a video to Person #2 over Snapchat that showed MALANGA and THOMPSON working on the drone and telling Person #2 that he wanted to "put a flamethrower" on it.

57.    Person #2 stated that his friend Person #10 was also made aware of the planned coup attempt by MALANGA. Person #2 said that Person #10 primarily communicated with MALANGA via Snapchat.

**USE OF SNAPCHAT IN AFRICA LEADING UP TO AND ON THE DAY OF THE COUP**

58.    The FBI interviewed Person #6 in May of 2024. Person #6 is friends with both MALANGA and THOMPSON. Person #6 told investigators he spoke to MALANGA and

THOMPSON in April via Snapchat video, while those two were together in Africa. During this video call, MALANGA invited Person #6 to travel to Africa to help provide security while MALANGA ran a business there. Person #6 declined to travel because he did not have a passport.

59.     On April 25, 2024, Person #1, referenced previously, received a Snapchat video from MALANGA. The video showed MALANGA, THOMPSON, and other individuals Person #1 did not recognize, in a car together driving in Africa (screenshots of that video are shown below). In early May of 2024, Person #1 received several pictures and video from MALANGA through Snapchat that showed MALANGA and THOMPSON driving through Africa and getting pulled over every few hours.



60.     According to information provided by Snapchat, the last IP address that a device used to access MALANGA's account was on May 19, 2024, and it was located in Kinshasa, DRC. On May 19, 2024, MALANGA's Snapchat account sent and received 33 messages. These communications occurred on the day of the attempted coup attack in the location of the

attempted coup attack.

## **SNAPCHAT**

61.     Based on my training and experience, and on information provided by Snapchat, I know that Snapchat is one of the most popular applications for sending and receiving "self-destructing" messages, pictures, and videos. Snapchat, provided by Snap Inc., is a messaging application for mobile phones with Apple's iOS operating system and Google's Android operating system. Snapchat offers four primary ways for users to communicate with each other.

62.     **Snaps.** A user takes a photo or video using their camera phone in real-time. The user then selects a time limit of 1-10 seconds for the receiver to view the photo or video. A user can elect to have the photo/video saved in their phone's photo gallery or just sent via Snapchat, without being saved. The photo/video can then be sent to a friend in Snapchat and is known as a snap.  The snap is deleted after the selected amount of time.  If a recipient attempts to take a screenshot of the snap to save on his/her phone, the application will notify the sender of this behavior.

63.      Snapchat states that it deletes each snap from its servers once all recipients have viewed it.  If a snap has not been viewed by all recipients, Snapchat states that it retains the snap for thirty days.

64.     **Memories**.  Memories is Snapchat's cloud-storage service. Users can save their sent or unsent Snaps, posted Stories, and photos and videos from their phone's photo gallery in Memories. A user can also edit and send Snaps and create Stories from these Memories.  Snaps, Stories, and other photos and videos saved in Memories are backed up by Snapchat and may remain in Memories until deleted by the user.

65. **Stories.** A user can also add the photo/video snap to their "Story." Depending on the user's privacy settings, the photos and videos added to a Story can be viewed by either all Snapchatters or just the user's friends for up to 24 hours. Stories can also be saved in Memories.

66. **Chat.** A user can also type messages to friends within the Snapchat app using the Chat feature. A user sends a Chat message to a friend, and once it is viewed by both parties – and both parties swipe away from the Chat screen – the message will be cleared. Within the Snapchat app itself, a user can opt to save part of the Chat by tapping on the message (text or photo) that he or she wants to keep. The user can clear the message by tapping it again.

67. Snapchat also obtains a variety of non-content information from its users.

68. **Usage Information**. Snapchat may collect information about how users interact with its services, including which search queries they submit, and how they communicate with other users, including maintaining a log of all snaps to and from an account for the last 31 days, for 24 hours of posted Stories, and for any unopened Chats or those saved by a sender or recipient, and how a user interacts with these messages (such as when a user opens a message).

69. **Device Information**. Snapchat collects information about the devices of its users, including information about the user's hardware and software, such as the hardware model, operating system version, device memory, advertising identifiers, unique application identifiers, apps installed, unique device identifiers, browser type, language, battery level, and time zone; information from device sensors, such as accelerometers, gyroscopes, compasses, microphones, and whether the user has headphones connected; and information about the user's wireless and mobile network connections, such as mobile phone number, service provider, and signal strength.

33

70.    **Device Phonebook**.  Snapchat may collect information about the phonebook of the user's device.

71.    **Cameras and Photos**.  Snapchat may collect images and other information from the user's device's camera and photos.

72.    **Location Information**.  Snapchat may collect information about the user's location, including precise location using methods that include GPS, wireless networks, cell towers, Wi-Fi access points, and other device sensors, such as gyroscopes, accelerometers, and compasses.

73.    **Snap Map**.  Snapchat allows a user to select to share location information with his/her friends and also obtain location information about the user's friends.  Based on such information, Snapchat places the friends' locations on a map viewable to the user.

74.    **Information Collected by Cookies and Other Technologies**.  Snapchat may collect information through cookies and other technologies about the user's activity, browser, and device.

75.    **Log Information.**  Snapchat collects log information when a user uses Snapchat's website, including device information, access times, pages viewed, IP address, and pages visited.

76.    In my training and experience, file hosting services providers ("providers") generally ask their subscribers to provide certain personal identifying information when registering for an account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based

on my training and my experience, I know that, even if subscribers insert false information to conceal their identity, this information often provides clues to their identity, location, or illicit activities.

77.    In my training and experience, evidence of who was using an account, and from where, and evidence related to criminal activity of the kind described below, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion. The stored communications and files connected to an account may provide direct evidence of the offenses under investigation. Based on my training and experience, instant messages are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.

78.    In addition, the user's account activity, logs, stored electronic communications, and other data retained by Snap Inc. can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information and messages (and the data associated with the foregoing, such as geo-location, date and time) may be evidence of who used or controlled the account at a relevant time. As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crimes under investigation.

79.    Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation.  For example, information on the account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

80.    Other information connected to a Snapchat account may lead to the discovery of additional evidence.  For example, emails, instant messages, Internet activity, documents, and contact and calendar information can lead to the identification of co-conspirators and instrumentalities of the crimes under investigation.  This is particularly important in a case such as this one, wherein the Target Subjects have continuously used Virtual Private Networks and TOR nodes to obfuscate their illegal activities and to avoid detection from law enforcement.

81.    Therefore, Snap Inc.'s servers are likely to contain stored electronic communications and information concerning subscribers and their use of the services those companies provide.  In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

//

//

//

//

//

//

//

## **CONCLUSION**

82.    I submit that this affidavit supports probable cause for a warrant to search the

TARGET ACCOUNT described in Attachment A and seize the items described in Attachment

B.

Respectfully submitted,

Chad Simkins
Special Agent
Federal Bureau of Investigation

Sworn to before me telephonically or by other reliable means pursuant to Fed. R. Crim. P. 4.1 at

4:00 pm on 24th day of September, 2025.

Honorable Dustin B. Pead
Chief Magistrate Judge
United States District Court for the District of Utah